1  Randall Garczynski (231223)
2  J. Scott Dutcher (026174)
   MARICOPA COUNTY
3  OFFICE OF GENERAL LITIGATION SERVICES
   Maricopa County Administration Building
4  301 West Jefferson Street, Suite 3200
   Phoenix, Arizona  85003-2143
5  Telephone (602) 372-5700
   garczynskir@mail.maricopa.gov
6  dutchers@mail.maricopa.gov

7  Attorneys for Defendants

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE DISTRICT OF ARIZONA

10
   RANDY ALAN PARRAZ, an individual,          No.  2:10-cv-01663-ROS
11
12              Plaintiff,                     **NOTICE OF SUBSTITUTION OF COUNSEL**
13  vs.
14
    MARICOPA COUNTY; DEPUTY JAMES
15  CESOLINI and JANE DOE CESOLINI;
    DEPUTY JEFFREY S. HALL and JANE DOE
16  HALL; CAPTAIN DAVID LOTORNEAU and
    JANE DOE LOTORNEAU; CHIEF DAVE
17  TROMBI and JANE DOE TROMBI; and
    CHIEF BRIAN SANDS and JANE DOE
18  SANDS;
19
20              Defendants.

21         NOTICE IS HEREBY GIVEN that attorney J. Scott Dutcher, with the

22  Maricopa County Office of General Litigation Services, remains as counsel of

23  record for Defendant Maricopa County. However, Randall R. Garczynski, with the

24  same office, will substitute in for Brad K. Keogh as defense co-counsel.

25         Defendant Maricopa County requests that all copies of all minute entries,

26  orders, pleadings and other correspondence be sent to new counsel at the

27  following address:

28

                                    1

1

2       J. Scott Dutcher, Esq.
        Randall R. Garczynski
3       dutchers@mail.maricopa.gov
        garczynskir@mail.maricopa.gov
4       Maricopa County
        Office of General Litigation Services
5       301 W. Jefferson, Ste. 3200
        Phoenix, AZ 85003
6       Phone: 602-372-5700
        Fax: 602-372-5568
7

8

9       Trial has not been set in this matter.  However, counsel has been made

10   aware of the status of this case and is prepared to defend the interests of the

11   above named defendant and will be prepared to go to trial once a trial date is set.

12

13   RESPECTFULLY SUBMITTED this 23rd day of February, 2011.

14                                       MARICOPA COUNTY
                                         OFFICE OF GENERAL LITIGATION SERVICES
15

16                                       BY:  /s/ J. Scott Dutcher
17                                            J. Scott Dutcher
                                              Randall Garczynski
18                                            301 W. Jefferson, Suite 3200
                                              Phoenix, AZ 85003
19                                            Attorneys for Defendants

20

21   ORIGINAL of the foregoing e-filed
     this 23rd day of February, 2011 with:
22
     Clerk
23   United States District Court
     401 West Washington Street
24   Phoenix, Arizona 85003-2154
     COPY of the foregoing e-mailed
25   this 29th day of December, 2010 to:

26   Augustine B. Jimenez III
     MONTOYA JIMENEZ, P.A.
27   3200 N. Central Avenue, Suite 2550
     Phoenix, Arizona 85012-2490
28   Attorney@ABJLaw.com
     Attorneys for Plaintiff

2

1

2 X. Alex Carpio
SNOW & CARPIO, PLC

3 P.O. Box 33994
Phoenix, AZ 85067-3994

4 alex@snowcarpio.com
*Attorneys for Plaintiff*

5

*/s/ Darcie Sanders*

6 S:\Cases\2010\T\Parraz, Randy - T10-0112\Pleadings\Sub of Counsel.docx

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28