WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

Randall R. Garczynski
Deputy County Attorney
BAR ID#: 231223
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, AZ   85004
MCAO Firm #:  00032000
Telephone:  (602) 506-8541
Facsimile: (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov

Attorneys for Defendant Maricopa County

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RANDY ALAN PARRAZ, an individual, | No. CV 10-01663-PHX-ROS |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| Maricopa County; et al.; | |
| Defendants. | |

Effective immediately, undersigned counsel for Defendant Maricopa County provides notice of the following change of address and contact information:

. . .

Randall R. Garczynski  (Bar No. 231223)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8016
Fax No. (602) 506-8567
garczynr@mcao.maricopa.gov

RESPECTFULLY SUBMITTED this 3rd day of MAY, 2011.

                WILLIAM G. MONTGOMERY
                MARICOPA COUNTY ATTORNEY


            BY:  /s/Randall R. Garczynski
                 RANDALL R. GARCZYNSKI, ESQ.
                 Deputy County Attorney
                 *Attorney for Defendants Maricopa County*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3rd, 2011, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Roslyn O Silver
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Ste. 526, SPC 62
Phoenix, Arizona  85003-2158

And COPIES mailed/e-mailed,
this 3rd day of MAY, 2011 to:

AUGUSTINE B. JIMENEZ III
Montoya Jimenez, P.A.
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012-2490
602-263-7875
Attorney@ABJLaw.com
*Attorneys for Plaintiff*

1

2  X. ALEX CARPIO
   Snow & Carpio, PLC
3  P.O. Box 33994
4  Phoenix, AZ 85067-3994
   602-532-0700
5  alex@snowcarpio.com
6  *Attorneys for Plaintiff*

7  /s/ Grace A. Naranjo
   S:\COUNSEL\Civil\Matters\General Litigation\2010\T\Parraz, Randy - T10-0112\changeofaddress 050311.doc
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3